IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR GONZALEZ,      No. CIV S-08-0173-MCE-CMK-P

    Plaintiff,

  vs.      <u>ORDER</u>

Unknown,

    Defendant.

_____/

    Plaintiff, a state prisoner proceeding pro se, is apparently attempting to bring a civil rights action pursuant to 42 U.S.C. § 1983.  Specifically, on January 24, 2008, plaintiff filed a document seeking "an extension of time for a 1983 writ I am filing."  Plaintiff, who is currently housed at Centinela State Prison in Imperial, California, states that "an incident" occurred in January 2007 while he was housed at High Desert State Prison in Susanville, California.  He also states that, since that incident, he has been denied access to the law library and that this was in retaliation for his having filed inmate grievances.  It is not clear whether the alleged retaliation and denial of access to the courts occurred at Centinela State Prison or High Desert State Prison.  Plaintiff will be required to submit a civil rights complaint on the form provided by the court which describes his claims in more detail.

1

1         In addition, plaintiff has not filed an application to proceed in forma pauperis or
2 paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the
3 opportunity to submit either a completed application to proceed in forma pauperis or the
4 appropriate filing fee.
5         Plaintiff is warned that failure to comply with this order may result in the
6 dismissal of this action.  See Local Rule 11-110.
7         Accordingly, IT IS HEREBY ORDERED that:
8         1. Plaintiff shall submit on the form provided by the Clerk of the Court,
9 within 30 days from the date of this order, a complaint which sets forth his civil rights claims;
10         2. Plaintiff shall submit on the form provided by the Clerk of the Court,
11 within 30 days from the date of this order, a complete application for leave to proceed in forma
12 pauperis, including the required affidavits and certifications, or the appropriate filing fee; and
13         3. The Clerk of the Court is directed to send plaintiff a new form Application
14 to Proceed In Forma Pauperis By a Prisoner and the court's 42 U.S.C. § 1983 civil rights
15 complaint form for state prisoners.

DATED: January 30, 2008

                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE