IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR GONZALEZ, | No. CIV S-08-0173-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| FELKER, | |
| Defendant. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for an extension of time (Doc. 16) to comply with the court's September 16, 2008, order. Good cause appearing therefor, the request is granted. Plaintiff may file a third amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: October 22, 2008

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1