IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR GONZALEZ, | No. CIV S-08-0173-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| FELKER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's third amended complaint (Doc. 18).[1] The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

///

///

---

[1] The following defendants were named in the second amended complaint but specifically omitted from the list of defendants outlined in the third amended complaint: Bracket, Sears, Garbutt, Rodriguez, Sweeten, Freitas, Anderson, Turner, Zinn, Carter, Nelson, Silva, Celis, and Baron. The Clerk of the Court will be directed to terminate these individuals as defendants to this action.

1

Plaintiff's claims are summarized in the findings and recommendations served herewith and will not be repeated.  The third amended complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order.  Plaintiff is warned that failure to comply with this order may result in dismissal of the action.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The court authorizes service on the following defendant(s):

   FELKER,

   FOULK,

   PEERY,

   LOCKARD,

   LYNN,

   LEMON,

   FRENCH, and

   MILLER;

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the [ORDINAL amended] complaint;

/ / /

/ / /

/ / /

/ / /

/ / /

1          3.      Within 30 days of the date of service of this order, plaintiff shall complete
2  the attached Notice of Submission of Documents and submit the following documents to the
3  court:
4          a.      The completed Notice of Submission of Documents;
5          b.      One completed summons;
6          c.      Eight completed USM-285 form(s); and
7          d.      Nine copies of the endorsed third amended complaint; and
8          4.      The Clerk of the Court is directed to terminate Bracket, Sears, Garbutt,
9  Rodriguez, Sweeten, Freitas, Anderson, Turner, Zinn, Carter, Nelson, Silva, Celis, and Baron as
10 defendants to this action.

DATED: February 18, 2009

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

SALVADOR GONZALEZ,               No. CIV S-08-0173-MCE-CMK-P

    Plaintiff,

  vs.

FELKER, et al.,

    Defendants.

_____/

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

    __1__    completed summons form;

    ____    completed USM-285 form(s); and

    ____    copies of the third amended complaint.

DATED: _____          _____
                                             Plaintiff