IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR GONZALEZ,    No. CIV S-08-0173-MCE-CMK-P

    Plaintiff,

  vs.    ORDER

FELKER, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On February 17, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 17, 2009, are adopted in full;

2. Doosenberry, Tampien, Rugerro, Epperson, Camire, Moore, and Ingwerson are dismissed from this action; and

3. The Clerk of the Court is directed to terminate these individuals as defendants.

Dated: April 3, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE