IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR GONZALEZ,   No. CIV S-08-0173-MCE-CMK-P

    Plaintiff,

  vs.   ORDER

FELKER, et al.,

    Defendants.

                          /

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On February 10, 2010, the court directed plaintiff to file a status report within 30 days and warned that failure to comply could result in dismissal of the action.  As of expiration of the 30-day deadline, plaintiff had not complied and the court issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court rules and orders.  After the findings and recommendations were signed, but before they were entered on the court's docket, plaintiff filed a request for an extension of time to submit his status report (Doc. 46).  Good cause appearing therefor, the findings and recommendations will be vacated and plaintiff's request for an extension of time will be granted.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on March 18, 2010, are vacated;
2. Plaintiff's motion for an extension of time (Doc. 46) is granted; and
3. Plaintiff shall file his status report within 30 days of the date of this order.

DATED: March 23, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE