IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR GONZALEZ, | No. CIV S-08-0173-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| FELKER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On July 6, 2009, the court issued a scheduling order which directed that dispositive motions be filed within 90 days after the close of discovery on November 2, 2009.  Pending before the court is defendants' request for an extension of that deadline (Doc. 45).  Good cause appearing therefor, and no opposition to the request having been filed by plaintiff, defendants' motion is granted.  Dispositive motions shall be filed within 60 days of the date of this order.  A final schedule for this case will be established, if necessary, following ruling on any dispositive motions.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for modification of the court's July 6, 2009, scheduling order (Doc. 45) is granted; and

2. Dispositive motions shall be filed within 60 days of the date of this order.

DATED: April 21, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE