1

2

3

4

5

6            **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    SALVADOR GONZALEZ,                    No. CIV S-08-0173-MCE-CMK-P

10              Plaintiff,

11          vs.                             <u>ORDER</u>

12   FELKER, et al.,

13              Defendants.

14   _____/

15          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

16   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion to compel (Doc. 53).  The

17   motion is denied because it was filed after the discovery cut-off date established in the court's

18   July 2009 scheduling order (<u>see</u> Doc. 34).

19          IT IS SO ORDERED.

20

21   DATED: June 8, 2010

22                                          _____

23                                          **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

1