**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

SALVADOR GONZALEZ,

        Plaintiff,

   vs.

FELKER, et al.,

        Defendants.

_____/

No. CIV S-08-0173-MCE-CMK-P

ORDER

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court are plaintiff's motions to compel (Doc. 56 and 57).  The motions are denied because they were filed after the discovery cut-off date established in the court's July 2009 scheduling order (see Doc. 34).

        IT IS SO ORDERED.

 DATED:  June 16, 2010

                           _____
                           **CRAIG M. KELLISON**
                           UNITED STATES MAGISTRATE JUDGE