**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALVADOR GONZALEZ, | No. CIV S-08-0173-MCE-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| FELKER, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is a motion for reconsideration (Doc. 63) of the Magistrate Judge's June 9, 2010, and June 17, 2010, orders (Docs. 55 and 58).

Pursuant to Eastern District of California Local Rule 303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. The June 9, 2010, and June 17, 2010, orders (Docs. 55 and 58) are, therefore, affirmed.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (Doc. 63) is denied;

2. The Magistrate Judge's June 9, 2010, and June 17, 2010, orders are affirmed; and

3. No further motions for reconsideration of these orders will be considered.

Dated: July 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE